RECEIVED
IN LAKE CHARLES, LA.
SEP 23 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| NOLAN C. DAVIS, SR. | * CIVIL ACTION NO. 2:13-CV-01040 |
| Plaintiff | * |
| V. | * JUDGE MINALDI |
| ALLEN CORRECTIONAL CENTER | * |
| Defendant | * MAGISTRATE JUDGE KAY |

**Consolidated With**

| | |
|---|---|
| NOLAN C. DAVIS, SR. | * CIVIL ACTION NO. 2:13-CV-1267 |
| Plaintiff | * |
| V. | * JUDGE MINALDI |
| SELTON MANUEL, ET AL. | * |
| Defendants | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 27] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's consolidated civil rights complaint be and hereby is **DISMISSED, WITH PREJUDICE,** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

Lake Charles, Louisiana, this 17 day of _____Sept_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE